UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINYA FRANCHISE, INC., a California corporation; and LA BREA DINING CALIFORNIA, INC., a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>THE PAM GROUP, LLC, a California limited liability company; and MICHELLE WANG, an individual,<br><br>        Defendants. | Case No. CV13-01232 JAK (Ex)<br>*Hon. John Kronstadt*<br><br>**JUDGMENT**<br><br>**JS-6** |
| THE PAM GROUP, LLC, a California limited liability company; and MICHELLE WANG, an individual,<br><br>        Counter-Claimants,<br><br>    v.<br><br>JINYA FRANCHISE, INC., a California corporation; LA BREA DINING CALIFORNIA, INC., a California corporation,<br><br>        Counter-Defendants. | |

Case No. CV13-01232 JAK (Ex)

1

CROSS-COMPLAINT

THE PAM GROUP, LLC, a California limited liability company; and
MICHELLE WANG, an individual,

          Third-Party Plaintiffs,

    v.

TOMONORI TAKAHASHI, an individual; and DOES 1 through 10, inclusive,

          Third-Party Defendants.

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs Jinya Franchise, Inc. and La Brea Dining California, Inc. (collectively, "Plaintiffs"), having sought an order from the Court enjoining Defendants The PAM Group, LLC and Michelle Wang (collectively, "Defendants") from their continued use of the "Jinya Ramen Bar" and "Ramen Jinya" service marks (the "Marks"), and the Court, having reviewed the filings of the parties and considered the arguments of counsel, now enters JUDGMENT in favor of Plaintiffs as set forth below.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

Defendants are hereby enjoined from any use of the terms "Jinya Ramen Bar" or "Ramen Jinya" in connection with any restaurant business.

**IT IS FURTHER ORDERED** that all issues in this Action are hereby ordered to be resolved by arbitration, in a single arbitration proceeding with the claims from the Superior Court Superior Court Action filed by The PAM Group, LLC, bearing case number BC 498731.

**IT IS SO ORDERED.**

Date: September 3, 2013

                                              Hon. John A. Kronstadt
                                              United States District Court