UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JINYA FRANCHISE, INC., a California corporation; and LA BREA DINING CALIFORNIA, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE PAM GROUP, LLC, a California limited liability company; and MICHELLE WANG, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV13-01232 JAK (Ex)<br>*Hon. John Kronstadt*<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>**JS-6**<br><br>Complaint Filed: February 20, 2013<br>Trial Date: None Set |

Plaintiffs/Counter-Defendants, JINYA FRANCHISE, INC., LA BREA DINING CALIFORNIA, INC., and TOMONORI TAKAHASHI (collectively "Plaintiffs") and Defendants/Counter-Claimants, THE PAM GROUP, LLC, and MICHELLE WANG (collectively, "Defendants"), through their respective attorneys, hereby stipulate as follows:

1. Plaintiffs' entire complaint against Defendants including all causes of action alleged therein, is hereby dismissed with prejudice;

2. Defendants' entire counterclaim against Plaintiffs including all causes of action alleged therein, is hereby dismissed with prejudice; and

3. All parties shall bear their own attorneys' fees and costs.

SO STIPULATED.

**IT IS SO ORDERED.**

DATED: June 5, 2015

_____
Hon. John A. Kronstadt
United States District Court

2